**STATE v. RAY**

[356 N.C. 665 (2003)]

STATE OF NORTH CAROLINA v. ANDRA VENCENTA RAY

No. 166A02

(Filed 28 February 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 137, 560 S.E.2d 211 (2002), affirming in part and reversing in part judgments entered 3 March 2000 by Judge Orlando F. Hudson, Jr., in Superior Court, Harnett County. Heard in the Supreme Court 4 February 2003.

*Roy Cooper, Attorney General, by Thomas G. Meacham, Jr., Assistant Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Charlesena Elliott Walker, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.